Dismissed and Memorandum Opinion filed January 10, 2008








Dismissed
and Memorandum Opinion filed January 10, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00984-CV

____________

 

POLY-AMERICA, L.P. AND POLY-AMERICA, L.P. MEDICAL AND
DENTAL BENEFITS PLAN, Appellants

 

V.

 

THE METHODIST HOSPITAL AND SAN JACINTO METHODIST
HOSPITAL, Appellees

 



 

On Appeal from the
281st District Court

Harris County,
Texas

Trial Court Cause
No. 2007-05878

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 20, 2007.  On December 21, 2007,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed January
10, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.